[No. 5447-7-II.  Division Two.  April 4, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA ANN NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00547-2, John N. Skimas, J., entered February 27, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5005-6-II.  Division Two.  April 5, 1983.]

ROBERT E. HOLMES, ET AL, *Appellants*, v. BERNARD K. BANDY, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 6544, Ted Kolbaba, J., entered August 28, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.